# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DIANE HOLT,

            Plaintiff,

vs.

THE CITY OF NORTH LAS VEGAS,

            Defendant.

Case No. 2:09-cv-01932-KJD-PAL

**ORDER**

(Emg. Mot. Ext. Discovery - Dkt. #27)

      The court conducted a hearing on Defendant's Emergency Motion for Extension of Discovery (Dkt. #27) on October 21, 2011 at 10:00 a.m. Kirk Kennedy was present on behalf of the Plaintiff. Nicholas Crosby was present on behalf of Defendant. Plaintiff filed a Non-Opposition (Dkt. #29). For good cause shown,

      **IT IS ORDERED** that:

      1. Defendant's Emergency Motion for Extension of Discovery (Dkt. #27) is **GRANTED.**

      2. The following discovery deadlines dates shall be extended:

          a. Last date to complete discovery: **December 6, 2010.**

          b. Last date to file dispositive motions: **January 4, 2011.**

          c. Last date to file joint pretrial order: **February 3, 2011.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

          d. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

Dated this 21st day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge